FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBIN LEE SHERWOOD, | No. ED CV 06-96-CJC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPUTY TANCRATOR, et al., | |
| Defendants. | |

Pursuant to the order adopting the Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 20, 2008

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE